TOLEDO BAR ASSOCIATION *v.* BROGAN–SIZEMORE.

[Cite as *Toledo Bar Assn. v. Brogan–Sizemore* (1998), 82 Ohio St.3d 7.]

(No. 97–2644—Submitted February 18, 1998—Decided May 13, 1998.)

*Catherine G. Hoolahan* and *William C. Eickholt,* for relator.

8

*Per Curiam.* We adopt the findings and conclusions of the board. Respondent is suspended from the practice of law for six months and ordered to repay the fees received from the parents of Swartzmiller with interest at the statutory rate. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.